

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-25-2005

# Pergosky v. PA Power & Light Co

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-1855

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Pergosky v. PA Power & Light Co" (2005). *2005 Decisions.* Paper 1134.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1134

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 04-1855

JOHN PERGOSKY,

Appellant

v.

PENNSYLVANIA POWER & LIGHT COMPANY;
RETIREMENT PLAN OF PENNSYLVANIA POWER & LIGHT COMPANY

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Civil No. 03-cv-06549
District Judge: Honorable Franklin S. Van Antwerpen

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 8, 2005
BEFORE: NYGAARD, McKEE & RENDELL, Circuit Judges

(Filed: May 25, 2005)

OPINION

PER CURIAM

Plaintiff employee asks us to review the District Court's grant of the employer's

motion to dismiss plaintiff's suit for employee benefits under the Employee Retirement

Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq*. We will affirm.

Inasmuch as we are writing only for the parties we need not set forth the

background of this dispute except insofar as may be helpful to our brief discussion. The

District Court concluded that the instant suit was barred by the doctrine of collateral estoppel based upon plaintiff's prior suit against the defendant under the Age Discrimination and Employment Act and the settlement agreement that terminated that litigation. The District Court has filed a very thoughtful and thorough Memorandum and Order dated March 2, 2004, wherein the court explains why the doctrine of collateral estoppel precludes defendant from raising the instant claims. We will affirm the District Court's dismissal substantially for the reasons set forth in the Memorandum and Order.